IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR 109-132 |
| MARK W. TAYLOR | * | |

**O R D E R**

Presently pending before the Court is Defendant's Motion for Early Termination of Supervised Release. (Doc. no. 16.) Pursuant to 18 U.S.C. §§ 3564(c) & 3583(e)(1), the Court may, after considering the factors set forth in section 3553(a), terminate a term of supervised release and discharge the defendant after the expiration of one year of supervised release, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. Having considered the factors set forth in section 3553(a), the record, and Defendant's motion, the Court finds that early termination of supervised release is not warranted by the conduct of Defendant and the interest of justice. Accordingly, Defendant's motion (doc. no. 16) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of September, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA